IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WCEC ADMINISTRATION, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>COMMISIONER<br>OF INTERNAL REVENUE<br><br>Defendant. | **[PROPOSED ORDER]**<br><br>Case No. 2:24-cv-00591-HCN-CMR<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

For the reasons stated in the United States' Motion to Dismiss, and for good cause shown, the United States' motion is GRANTED. The plaintiffs' complaint is dismissed with prejudice.

* * *

**IT IS SO ORDERED.**

DATED this __th day of ___, ___.

BY THE COURT:

______________________________

Howard C. Nielson, Jr.
United States District Judge